# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: Jeffrey R. Kovan D.O.
ADDRESS: MSU Sports Medicine
4660 S. Hagadorn, Suite 420
East Lansing, MI 48823

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court



March 13, 2017

By: Deputy Clerk

---

## PROOF OF SERVICE

This summons for ____Jeffrey R. Kovan D.O.____ was received by me on _____.
(name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____
on _____.                                           (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: Gary E. Stollak
ADDRESS: 1019 Southlawn Avenue
East Lansing, MI 48823

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court



By: Deputy Clerk

March 13, 2017

---

## PROOF OF SERVICE

This summons for _____Gary E. Stollak_____ was received by me on _____.
(name of individual and title, if any)                                     (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                      (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                           (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: Michigan State University
ADDRESS: 350 Administration Building
East Lansing, MI 48824-1046

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court

_Carla Paggi_
By: Deputy Clerk

March 13, 2017

---

## PROOF OF SERVICE

This summons for _____Michigan State University_____ was received by me on _____.
(name of individual and title, if any)                                           (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: The Board of Trustees of Michigan State University
ADDRESS: C/o Chairman Joel I. Ferguson
426 Auditorium Rd., Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court



By: Deputy Clerk

March 13, 2017

## PROOF OF SERVICE

This summons for __The Board of Trustees of Michigan State University__ was received by me on _____ (date).
(name of individual and title, if any)

☐ I personally served the summons on the individual at _____
on _____.        (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:
_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: William D. Strampel, D.O.
ADDRESS: College of Osteopathic Medicine
East Fee Hall
965 Fee Road, Room A308
East Lansing, MI 48824

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court



By: Deputy Clerk

March 13, 2017

---

## PROOF OF SERVICE

This summons for _____William D. Strampel, D.O._____ was received by me on _____.
(name of individual and title, if any)                                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                                      (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: John Geddert
ADDRESS: 9410 Davis Highway
Dimondale, MI 48821

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court

_Carole Peggi_
By: Deputy Clerk

March 13, 2017

---

## PROOF OF SERVICE

This summons for _____John Geddert_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                               (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                               (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                           _____
                                                  Server's signature

Additional information regarding attempted service, etc.:    _____
                                                              Server's printed name and title

                                                             _____
                                                                Server's address

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: Lawrence Gerard Nassar
ADDRESS: C/o Counsel Matthew Ryan Newburg (P71692)
Newburg Law PLLC
316 Taylor St.
Grand Ledge, MI 48837

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court



By: Deputy Clerk

March 13, 2017

---

### PROOF OF SERVICE

This summons for _____Lawrence Gerard Nassar_____ was received by me on _____.
(name of individual and title, if any)                                                                 (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                 (place where served)
         (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                           (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: Twistars USA, Inc.
ADDRESS: C/o Resident Agent John Geddert
9410 Davis Highway
Dimondale, MI 48821

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court

*Carole Poggi*

By: Deputy Clerk

March 13, 2017

---

## PROOF OF SERVICE

This summons for _____Twistars USA, Inc._____ was received by me on _____.
(name of individual and title, if any)                                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                            (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: Kathie Klages
ADDRESS: C/o Counsel Shirlee Bobryk (P36919)
White Schneider PC
2300 Jolly Oak Rd
Okemos, MI 48864-3546

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court

*Carol Peggi*

March 13, 2017

By: Deputy Clerk

---

## PROOF OF SERVICE

This summons for _____Kathie Klages_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)              (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:
_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: Lawrence Gerard Nassar
ADDRESS: C/o U.S. Marshal Department
110 Michigan St. NW #544
Grand Rapids, MI 49503

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court

*Carolee Poggi*
By: Deputy Clerk

March 13, 2017

---

## PROOF OF SERVICE

This summons for ___Lawrence Gerard Nassar___ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                               (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: USA Gymnastics, Inc.
ADDRESS: C/o Steve Pennny
132 E. Washington St., Ste. 700
Indianapolis, IN 46204

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

TOM DORWIN, Clerk of Court



March 13, 2017

By: Deputy Clerk

---

## PROOF OF SERVICE

This summons for _____USA Gymnastics, Inc._____ was received by me on _____.
(name of individual and title, if any)                                                  (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                        _____
                                                         Server's signature

Additional information regarding attempted service, etc.:    _____
                                                              Server's printed name and title

                                                              _____
                                                                 Server's address