AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: Lawrence Gerard Nassar
ADDRESS: C/o Sheriff Scott Wrigglesworth
630 North Cedar Street
Mason, MI 48854

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

CLERK OF COURT

March 27, 2017

By: Deputy Clerk                                   Date

---

## PROOF OF SERVICE

This summons for _____Lawrence Gerard Nassar_____ was received by me on _____.
(name of individual and title, if any)                                                            (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: _____
                                                    _____
                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                    _____
                                                    Server's printed name and title

                                                    _____
                                                    Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: Lawrence Gerard Nassar
ADDRESS: C/o Sheriff Bob Mendham
1035 E. James Street
White Cloud, MI 49349

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

CLERK OF COURT



March 27, 2017

By: Deputy Clerk                                                Date

---

## PROOF OF SERVICE

This summons for _____Lawrence Gerard Nassar_____ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                        _____
                                                              Server's signature

Additional information regarding attempted service, etc.:
                                                        _____
                                                          Server's printed name and title

                                                        _____
                                                              Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE MMSU DOE, et al.

v.

MICHIGAN STATE UNIVERSITY, et al.

Case No. 1:17-cv-00222
Hon. Gordon J. Quist

TO: The Board of Trustees of Michigan State University
ADDRESS: C/o Chairman Brian Breslin
426 Auditorium Rd., Room 450
East Lansing, MI 48824

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this sum mons on y ou (not counting the day you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal Sr. P48082)
David S. Mittleman (P37490)
ChurchWyble PC
2290 Science Parkway
Okemos, MI 48864

CLERK OF COURT



March 27, 2017

By: Deputy Clerk                                Date

---

## PROOF OF SERVICE

This summons for ___The Board of Trustees of Michigan State University___ was received by me on _____ .
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____ .                                    (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____ .
                              (name of organization)                            (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date:_____                          _____
                                                Server's signature

Additional information regarding attempted service, etc.:   _____
                                                              Server's printed name and title

                                                            _____
                                                                  Server's address