## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

RACHAEL DENHOLLANDER, *et al.*,

        Plaintiffs

v.

MICHIGAN STATE UNIVERSITY, *et al.*,

        Defendants.

Lead Case No. 1:17-cv-29-GJQ-SJB

HON. GORDON J. QUIST

_____/

### ORDER

Upon review of Plaintiffs' Motion To Reopen Case For The Limited Purpose Of Establishing A Qualified Settlement Fund For Settlement Proceeds From USA Gymnastics Bankruptcy, and the Court being otherwise fully apprised: **IT IS HEREBY ORDERED** Plaintiffs' Motion is **GRANTED** and the following cases are reopened for the limited purpose of establishing a Qualified Settlement Fund:

| | |
|---|---|
| Lead Case No.: | 1:17-cv-00029 |
| Member Case Nos.: | 1:17-cv-00257 |
| | 1:18-cv-01052 |
| | 1:18-cv-01055 |
| | 1:18-cv-01346 |
| | 1:18-cv-01348 |

**IT IS SO ORDERED.**

Dated: _____

                        GORDON J. QUIST
                        UNITED STATES DISTRICT JUDGE